UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| EVAN ANDREWS,<br><br>    Plaintiff,<br><br>  - against –<br><br>AL JAZEERA MEDIA NETWORK ("AJMN"),<br>AL JAZEERA AMERICA, LLC ("AJAM") AND<br>INFINITY CONSULTING SOLUTIONS ("ICS"),<br><br>    Defendants. | Civil Action No. 1:16-cv-06414 (RJS)<br><br>**MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE* -**<br>**JOSEPH DOMENICK GUARINO**<br><br>**ELECTRONICALLY FILED** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

  Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph Domenick Guarino, hereby move this Court for an Order for admission *Pro Hac Vice* to appear as counsel for Defendant Al Jazeera America, LLC ("Defendant") in the above-captioned action.

  I am in good standing of the bar of the State of New Jersey (Bar No. 016491996) and there are no pending disciplinary proceedings against me in any state or federal court.

  Attached hereto as <u>Exhibit A</u> is a copy of a Certificate of Good Standing from the Supreme Court of New Jersey, which is dated September 16, 2016.

  Also attached hereto as <u>Exhibit B</u> is a proposed Order for my *Pro Hac Vice* admission to appear on Defendant's behalf in this action.

Dated: October 6, 2016         Respectfully Submitted,

                   s/ Joseph Domenick Guarino

                   JOSEPH DOMENICK GUARINO
                   51 John F. Kennedy Parkway, Suite 120
                   Short Hills, New Jersey 07078
                   Tel: (973) 520-2569
                   Fax: (973) 520-2551
                   joseph.guarino@dlapiper.com

<u>s/ Elena Chkolnikova</u>
ELENA CHKOLNIKOVA
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Tel: (973) 307-3046
Fax: (973) 215-2810
elena.chkolnikova@dlapiper.com

*Attorneys for Defendant*
Al Jazeera America, LLC

## CERTIFICATE OF SERVICE

This certifies that on this date a Motion to Admit Counsel *Pro Hac Vice* – Joseph Domenick Guarino was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: October 6, 2016                     Respectfully Submitted,


                                           s/ Joseph Domenick Guarino
                                           JOSEPH DOMENICK GUARINO
                                           51 John F. Kennedy Parkway, Suite 120
                                           Short Hills, New Jersey 07078
                                           Tel: (973) 520-2569
                                           Fax: (973) 520-2551
                                           joseph.guarino@dlapiper.com

EAST\130251007.1