UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EVAN ANDREWS,                                              Civil Action No. 1:16-cv-06414 (RJS)

        Plaintiff,

   - against –                                         **ORDER FOR ADMISSION**
                                                           *PRO HAC VICE* -
AL JAZEERA MEDIA NETWORK ("AJMN"),        **JOSEPH DOMENICK GUARINO**
AL JAZEERA AMERICA, LLC ("AJAM") AND
INFINITY CONSULTING SOLUTIONS ("ICS"),

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

The motion of Joseph Domenick Guarino for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New Jersey (Bar No. 016491996) and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Joseph Domenick Guarino |
| Firm Name: | DLA Piper LLP (US) |
| Address: | 51 John F. Kennedy Parkway, Suite 120 |
| City/State/Zip: | Short Hills, New Jersey 07078 |
| Telephone: | (973) 520-2569 |
| Facsimile: | (973) 520-2551 |
| E-mail: | joseph.guarino@dlapiper.com |

Applicant having requested permission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Al Jazeera America, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: ____/____/_____              _____
                                                    Honorable Richard J. Sullivan, U.S.D.J.

EAST\130250678.1