UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Evan Andrews,                     Plaintiff,              Case No. 1:16-cv-06414-RJS

    -against-

Al Jazeera Media Network, et al.  Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending                [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Elena Chkolnikova**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EC7627        My State Bar Number is 4323044

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Buchanan Ingersoll & Rooney P.C.
             FIRM ADDRESS: 550 Broad Street, Suite 810, Newark, NJ 07102-4582
             FIRM TELEPHONE NUMBER: (973) 424-5634
             FIRM FAX NUMBER: (973) 273-9430

NEW FIRM:    FIRM NAME: DLA Piper LLP (US)
             FIRM ADDRESS: 51 JFK Parkway, Ste. 120, Short Hills, NJ 07078-2704
             FIRM TELEPHONE NUMBER: (973) 307-3046
             FIRM FAX NUMBER: (973) 215-2810

[ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:

_____
ATTORNEY'S SIGNATURE