UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
EVAN ANDREWS,

        Plaintiff,

   -against-                           INDEX NO. 1:16-CV-06414-RJS

AL JAZEERA MEDIA NETWORK
("AJMN"), AL JAZEERA AMERICA
("AJAM") AND INFINITY CONSULTING
SOLUTIONS ("ICS"),

        Defendants.
------------------------------------- X

## DECLARATION OF MIKE SOKARY

Pursuant to 28 U.S.C. § 1746, I, Mike Sokary, do hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the following information is true and correct:

1. I am the Manager of International Human Resources of Defendant Al Jazeera Media Network ("AJMN"). I have held this position since 1 January 2013. I submit this declaration in support of AJMN's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2). I have personal knowledge of the facts set forth herein, except where otherwise indicated.

2. AJMN is a Qatari corporation with a principal place of business in Doha, Qatar.

3. Attached hereto as Exhibit A is a true and correct copy of Law No (1) – 1996 Establishing the Qatari Satellite Channel General Corporation.

4. Attached hereto as Exhibit B is a true and correct copy of Law No. (10) of 2011 In Respect of Conversion of Al Jazeera Satellite Network to Private Corporation for Public Utility.

5. AJMN currently does not conduct, and did not conduct at any time relevant to this motion, any business in the State of New York. AJMN does not maintain an office in New York and is not licensed or otherwise registered to do business in New York. AJMN does not have a registered agent in New York or any New York officers, employees or agents.

6. AJMN does not own or rent any real property within New York. Furthermore, AJMN does not have a bank account in New York, nor does AJMN have a New York telephone listing or maintain any books or records in New York.

7. AJMN and Al Jazeera America, LLC are two distinct corporate entities.

8. Plaintiff Evan Andrews was not at any time an employee of AJMN.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 24, 2016.

_____
Mike Sokary

EAST\135104836.1