*Contracts Department*  إدارة الـعـقـود

# Law No (1) - 1996 Establishing the Qatari Satellite Channel General Corporation

We,,,

Hamad Bin Khalifa Al- Thani,          Amir of State of Qatar.

Having perused the amended Temporary Statute, particularly Articles (23), (34) and (51) thereof,

And the Law No (13) of 1987 establishing the Qatari Telecommunications General Corporation,

And the Bill submitted by the Council of Ministers,

And after consulting the Advisory Council

Decided the following Law:-

## Chapter (1)
## Establishment and Objectives of the Corporation
### Article (1)

An independent public corporation of legal personality and independent budget shall be established and called "The Qatari General Corporation Satellite Channel", which shall have independent budget and the main headquarter shall be located in Doha City and may establish branches or offices or appoint reporters therefore inside and outside the state of Qatar. The Corporation shall be managed on commercial basis.

### Article (2)

The Corporation shall undertake, exclusively, the function of operating and broadcasting for the Qatari Television Satellite Channel according to the provisions of this Law and as an exception from the provisions of the Law No (13) of 1987 referred to herein. The Corporation may, in order to achieve its objectives perform all the necessary relevant activities particularly the following:-

1- Acquiring all movable and immovable property necessary for the establishment and operation of the channel.
2- Preparing studies and plans relating to the establishment, operation and development of the channel.
3- Undertaking the general and daily observation of the programs and performance of the channel.




1 |



4- Establishing Companies, individually or in participation with third parties and acquiring the ownership of existing companies or hold shares therein.
5- Co operating and contracting with other Arab and foreign bodies working in the same area for the purpose of producing, marketing and exchanging of programs and experiences.
6- Managing, investing and exploiting the revenues of the Corporation in conformity with the purpose of its establishment.
7- Concluding the necessary funding contracts or borrowing from local or foreign sources for the purpose of funding establishment and the operation of the satellite channel and the Corporation's investment projects.

### Chapter (2)
### Management of the Corporation

### Article (3)

The Corporation shall be managed by a Board of Directors consisting of a Chairman, deputy chairman, and a number of members. The appointment, term of membership and remunerations thereof shall be determined according to a decision to be issued by the Amir.

### Article (4)

The Board of Directors shall undertake the development of the general policy of the Corporation and supervising the implementation thereof and shall be responsible for its performance before the Council of Ministers.

### Article (5)

The Board of Directors shall posses all the powers necessary for administering the affairs of the Corporation and conducting the required acts for the good performance of the business thereof and may make the decisions it deems necessary for achieving the objectives thereof.
The decisions of the Board shall be valid as from the date of its issuance, except decisions relating to the following matters, which shall not be valid unless approved by the Council of Ministers:-
1- Obtaining any loans whether internal or external by the Corporation.
2- Establishing companies individually or in participation with third parties, acquiring ownership of existing companies or hold shares therein.

2 |

*Contracts Department*  إدارة العقود

### Article (6)

The Board of Directors shall lay down the internal, financial, administrative and technical regulations necessary for the management of the Corporation without being bound by the regulations and rules applied by the Government.

### Article (7)

The Board of Directors shall submit to the Council of Ministers an annual comprehensive report on all the aspects of the activities of the Corporation accompanied by proposals and opinions thereof. The Council of Ministers may, at any time, request the Board of Directors to submit reports thereto in respect of the technical, financial or administrative status of the Corporation or any aspects of its activities or any information relating thereto.

### Article (8)

The Council of Ministers may issue general instructions to the Board of Directors regarding what they should follow in the matters relating to the General policy of the corporation; and the Board must abide by these instructions.

### Article (9)

The Chairman of the Board of Directors or the deputy thereof shall represent the Corporation before the judiciary and in its relations with others.

### Article (10)

The Board of Directors shall convene at least once every month upon the invitation of the Chairman or his Deputy in case the Chairman was absent. The Board shall also convene upon the request of at least three of its members. The meetings of the Board shall not be valid unless attended by the majority of the members, and provided that one of the attendants is the Chairman or his Deputy. The Board shall have a Secretary, to be selected by the Board which will also define his functions.

### Article (11)

The sessions of the Board of Directors are confidential. No delegation is allowed in the attendance or voting. The decisions are issued by the majority of the votes of present members, when the votes are equal, the chairman side will prevail .

### Article (12)

3 | Page of 8

تليفون : ٤٤٨٤٢٢٢٢ (+٩٧٤) – فاكس : ٤٤٨٣٢٨٨٣ (+٩٧٤) – ص.ب : ٩١٧ – برج السليطي – الدوحة – قطر
Tel.: (+974) 44842222 - Fax : (+974) 44832883 - P.O.Box: 917 - Al-Sulaiti Tower - Doha - Qatar



The minutes and decisions of the sessions of the Board shall be recorded in a special register with numbered pages which shall be signed by the Chairman and the Secretary of the Board.

### Article (13)

The Board may invite to its meetings, any of the Corporation's employees or others having experience, whose assistance is needed to provide requested data or explanations. Those mentioned may participate in discussions without having the right to vote on decisions.

### Article (14)

The Board may constitute permanent or temporary committees from amongst its members to assist in studying the subjects submitted to it, and has the right to add members to these committees from inside or outside the corporation.

### Article (15)

The Corporation shall have a General Manager to be appointed by a decision from the Board and the decision will define his remuneration. The Internal Regulations shall define the functions and duties of the General Manager, who shall be responsible before the Board of Directors for the Corporation's good performance; according to the Corporation regulations and the decisions and the instructions issued by the Board.

### Article (16)

The Chairman of the Board have the right to sign on behalf of the Corporation, or his deputy in his absence. The Board has the right to authorize the General Manager or any other employee in the corporation the right to sign individually or Jointly in respect of the matters defined by the Board, and in accordance with the rules of the Internal Regulations.

### Article (17)

The seal of the Corporation on its papers shall not be recognized unless the signature of the Chairman or deputy chairman of the Board of Directors or the authorized signatory is there too.

### Article (18)

*Contracts Department*  إدارة العـقـود

The Chairman of the Board or any of the members thereof or any of the employees of the Corporation should not have any direct or indirect personal interest in the contracts concluded with the Corporation or for its account or in the projects performed thereby or in the field of the activities thereof.

### Chapter (3)
### Capital Profits and Reserves

### Article (19)

The amount of the authorized capital is (500,000,000) five hundred million Riyals and it is entirely owned by the State. The capital may be increased or decreased by a decision from the Council of Ministers upon the proposal of the Board of Directors.

### Article (20)

The net profit for each fiscal year shall be defined after the deduction of all the expenses and charges necessary for performing the activities of the Corporation from the realized income, and in particular the amounts necessary for any purposes approved by the Corporation.

### Article (21)

1. The Corporation shall have a general reserve fund, and an annual rate of 10% shall be deducted thereto from the net profits until the total balance is equal to the capital.
2. The amount and percentage of deduction of the reserve stipulated in this Article may be increased as per the decision of the cooperation which should be approved by the Council of Ministers.
3. Other reserves necessary for the achievement of the corporation purposes may be created by a resolution from the Council of Ministers upon the proposal of the Board of Directors.
4. The General reserve or other reserves shall not be disposed of unless by a resolution issued by the Council of Ministers upon the proposal of the Board of Directors.
5. The remaining profits, shall be devolved annually to the state.

### Article (22)

The financing sources of the Corporation shall consist of the following:-
1. Funds allocated to it by the state.

**Contracts Department**  إدارة العـقـود

2- Total revenue achieved by the corporation after practicing its activities.
3- Revenue of the Corporation share in capitals of companies, establishments and facilities which it create or own it or have share in it, or devolve to it by procurement or acquisition.
4- The net profits it receives in the form of reserves or allocations.
5- Loans that it acquires.
6- Grants, legacies and donations.

### Chapter (4)
### Budget and Accounts of the Corporation

#### Article (23)

The Corporation shall have an estimated annual budget which shall be approved by the Council of Ministers resolution, and shall be prepared in a commercial budget pattern, The fiscal year of the Corporation shall commence on January 1st and ends on 31st December of every year, provided that the First fiscal year shall cover the period as from the date of the enforcement of this Law until the 31st of December of the next year.

#### Article (24)

The Board of Directors have to prepare the corporation audited budget, together with the profits and losses account for each fiscal year within a period not exceeding six months from the date of closure thereof. and the Board shall also prepare a report about the activities of the corporation during the fiscal year and its financial status of the same year.

#### Article (25)

Without prejudice to the provisions of Law No (4) of 1995 regarding the State Audit Bureau, the Corporation may have one or more accounts controller from among the chartered accountants, the appointment and determination of the remuneration thereof shall be determined by a decision from the Board Directors.

#### Article (26)

تليفون : ٤٤٨٤٢٢٢٢ (٩٧٤+) - فاكس : ٤٤٨٣٢٨٨٣ (٩٧٤+) - ص.ب : ٩١٧ - برج السليطي - الدوحة - قطر
Tel.: (+974) 44842222 - Fax : (+974) 44832883 - P.O.Box: 917 - Al-Sulaiti Tower - Doha - Qatar

Contracts Department  إدارة العـقـود

The accounts controller have the right, at any time, to peruse all books, records, and documents of the corporation, and to request the details which he deems necessary to have them in order to perform his duties appropriately. The auditor shall also have the right to verify the assets and obligations of the corporation. And in case of being unable to exercise such rights; the auditor shall submit a report thereby to the Board of Directors.

### Article (27)

The accounts controllers shall submit the annual report to the Board of Directors with a copy thereof to the State Audit Bureau.

### Chapter (5)
### General Provisions
### Article (28)

The immovable and movable property of the Corporation shall be considered as public property under the state private ownership, and subject to its provisions. As an exception to that, the property shall not be subject to attachment for the fulfilment of any debt, and its ownership shall not be acquired by seizure or prescription no matter how long.

### Article (29)

The Corporation and its affiliated companies shall be subject to the laws of taxes and the prescribed fees. Without prejudice to the exemption provisions provided for in special Laws, the Council of Ministers may, by a request made by the Minister of Finance, Economy and Commerce, exempt the Corporation and companies owned solely thereby from all taxes or fees entirely or partially.

### Article (30)

The Council of Ministers shall, upon the proposal of the Board of Directors of the Corporation, issue the resolutions necessary for the implementation of the previsions of this Law.

### Article (31)

The Board of Directors shall issue the necessary decisions for running the corporation business in a manner that does not contradict with the provisions of this

7 |

*Contracts Department*  إدارة الـعـقـود

Law until the issuance of the necessary internal, financial, administrative, and technical regulations.

### Article (32)

All Competent Authorities, each within its own competence, shall implement this Law which shall come into force as from the date of its issuance and shall be published in the Gazette.

**Hamad bin Khalifa Al Thani
Emir of State of Qatar**

Issued at Amiri Diwan on 19.09.1416 A.H
Corresponding to 08.02.1996 A.D

 

تليفون : ٤٤٨٤٢٢٢٢(٩٧٤+) - فاكس : ٤٤٨٣٢٨٨٣ (٩٧٤+) - ص.ب : ٩١٧ - برج السليطي - الدوحة - قطر
Tel.: (+974) 44842222 - Fax : (+974) 44832883 - P.O.Box: 917 - Al-Sulaiti Tower - Doha - Qatar