*Contracts Department*  إدارة الـعـقـود

تليفون : ٤٤٨٤٢٢٢٢ (+٩٧٤) - فاكس : ٤٤٨٣٢٨٨٣ (+٩٧٤) - ص.ب : ٩١٧ - برج السليطي - الدوحة - قطر
Tel.: (+974) 44842222 - Fax : (+974) 44832883 - P.O.Box: 917 - Al-Sulaiti Tower - Doha - Qatar

# Law No. (10) of 2011
## In Respect of Conversion of Al Jazeera Satellite Network to Private Corporation for Public Utility

**We, Hamad bin Khalifa Al Thani, the Emir of the State of Qatar;**

After having perused the Constitution;

The Law no. 1 of 1996 for the establishment of Al Jazeera Satellite Network, and the amending laws;

The Decree Law no. 21 of 2006 in respect of the private utility corporation, as amended by the Decree Law no. 16 of 2007;

The bill proposed by the Council of Ministers;

And after due consultation with the Advisory Council;

**Have decided the following Law**

### Article (1)

Al Jazeera Satellite Network shall be converted to a private corporation of public utility, to be incorporated under a memorandum and articles of association in accordance with the provisions of Decree Law No. 21 of 2006, referred to hereinabove, and will be called 'Al Jazeera Media Network.'

### Article (2)

All the moveable and immovable property owned by Al Jazeera Satellite Network together with all the rights accrued to and the obligations imposed upon it shall, upon the completion of the procedures of its incorporation as a private corporation of public utility, pass on to "Al Jazeera Media Network" as duly incorporated according to the provisions of above Article.

1 |

*Contracts Department*  إدارة الـعـقـود

### Article (3)

"Al Jazeera Media Network" established as a private utility corporation, shall be exempted from all taxes and fees of all types. The funds of "Al Jazeera Media Network" shall neither be subject to attachment, nor its ownership be acquired by appropriation or prescription, not matter how long it lasted.

### Article (4)

The Board of Directors of Al Jazeera Satellite Network shall undertake the management and the running of all its affairs until the procedures of the incorporation of "Al Jazeera Media Network" Corporation are completed and its board of directors is appointed.

### Article (5)

The current staff of Al Jazeera Satellite Network shall continue working in "Al Jazeera Media Network" Corporation, maintaining their existing statuses, salaries together with all other benefits accrued to them, until the management of the Corporation is undertaken by it's Board of Directors, who shall make the appropriate decision thereon.

### Article (6)

The regulations, decisions, systems and rules currently applied in Al Jazeera Satellite Network shall continue to be valid until the respective regulations, decisions, and systems are issued by the Board of Directors of "Al Jazeera Media Network Corporation".

### Article (7)

The provisions of Law No. (1) of 1996, referred to herein shall be annulled, as shall any other provisions contradicting the provisions of this law.

تليفون : ٤٤٨٤٢٢٢٢ (٩٧٤+) - فاكس : ٤٤٨٣٢٨٨٣ (٩٧٤+) - ص.ب : ٩١٧ - برج السليطي - الدوحة - قطر
Tel.: (+974) 44842222 - Fax : (+974) 44832883 - P.O.Box: 917 - Al-Sulaiti Tower - Doha - Qatar

*Contracts Department*  إدارة العـقـود

### Article (8)

All the competent Authorities, each within its own competence, shall implement the provisions of this Law, which shall come into force as from the date of its issuance; and it shall be published in the official Gazette.

(Signed)

**Hamad Bin Khalifa Al Thani**

**The Emir of Qatar**

Issued at the Amiri Diwan on 15.06.1432 AH
Corresponding to 18.05.2011 AD



3 | Page of 3

تليفون : ٤٤٨٤٢٢٢٢ (٩٧٤+) – فاكس : ٤٤٨٣٢٨٨٣ (٩٧٤+) – ص.ب : ٩١٧ – برج السليطي – الدوحة – قطر
Tel.: (+974) 44842222 - Fax : (+974) 44832883 - P.O.Box: 917 - Al-Sulaiti Tower - Doha - Qatar