UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
EVAN ANDREWS,                         :
        Plaintiff,                :
    -against-                       :   CIVIL ACTION NO.  1:16-CV-06414-RJS
                                  :
AL JAZEERA MEDIA NETWORK              :
("AJMN"), AL JAZEERA AMERICA
("AJAM") AND INFINITY CONSULTING      :
SOLUTIONS ("ICS"),
        Defendants.               :
------------------------------------- X

    PLEASE TAKE NOTICE that Daniel Turinsky, of DLA Piper LLP (US), hereby appears in the above-captioned action as counsel for defendants Al Jazeera Media Network and Al Jazeera America, LLC, certifies that he is admitted to practice in this Court, and further requests that all papers in this action be served on the undersigned at the address below.

Dated:  New York, New York
        January 5, 2017

        Respectfully submitted,

        DLA PIPER LLP (US)

        By: /s/ Daniel Turinsky
            Daniel Turinsky
            daniel.turinsky@dlapiper.com

        1251 Avenue of the Americas, 27th Floor
        New York, NY 10020
        Tel.: (212) 335-4500

        Attorneys for Defendants Al Jazeera Media
        Network and Al Jazeera America, LLC